EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:<br><br>Alan Mitchell Wolper<br>María Álvarez Santos<br>(TS-20,297) | 2022 TSPR 73<br><br>209 DPR |
|---|---|

Número del Caso: AB-2022-0092

Fecha: 8 de junio de 2022

Abogado de los promovidos:

  Lcdo. Guillermo Figueroa Prieto

Materia: Conducta Profesional - Censura enérgica por postular en un caso ante la FINRA sin estar admitido por cortesía por este Tribunal. Censura enérgica por facilitar la práctica ilegal de la abogacía en Puerto Rico.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Alan Mitchell Wolper                    AB-2022-0092

María Álvarez Santos
      (TS-20,297)

RESOLUCIÓN

En San Juan, Puerto Rico, a 8 de junio de 2022.

Examinadas la *Moción en cumplimiento de Resolución* que presentaron el Sr. Alan Mitchell Wolper y la Lcda. María Álvarez Santos, así como la *Réplica a moción en cumplimiento de Resolución* que presentó el Lcdo. Luis E. Miñana Rodríguez-Feo y la *Moción de desestimación de réplica; o dúplica a réplica* que presentaron el señor Wolper y la licenciada Álvarez Santos, se dispone lo siguiente:

Se censura enérgicamente al señor Wolper por postular en un caso ante la Financial Industry Regulatory Authority (FINRA) sin estar admitido por cortesía por este Tribunal. Se le requiere que cese toda práctica ilegal de la abogacía en Puerto Rico en casos donde no está admitido por cortesía. Además, se le apercibe que —cónsono con lo que establecimos en In re Wolper, 189 DPR 292 (2013)— si interesa representar a una parte ante un procedimiento de arbitraje en Puerto Rico debe solicitar y estar admitido por cortesía previo a representar a la parte en el foro local. Su incumplimiento con lo anterior podría conllevar la imposición de sanciones más severas.

Por otra parte, se censura enérgicamente a la licenciada Álvarez Santos por facilitar la práctica ilegal de la abogacía del señor Wolper en la reclamación

<u>Fideicomiso Zoraida Cruz Torres; Zoraida Cruz Torres, individualmente y como beneficiaria y protectora del Fideicomiso Zoraida Cruz Torres v. Popular Securities, LLC,</u> FINRA Núm. 21-00598, en contravención al Canon 33 del Código de Ética Profesional, 4 LPRA Ap. IX. La licenciada Álvarez Santos facilitó la comparecencia del señor Wolper, quien no está admitido a ejercer la abogacía en nuestra jurisdicción, para que argumentara en una vista ante el foro arbitral. Lo anterior, sin que se hubiese presentado una solicitud de admisión por cortesía. Por tal razón, se le apercibe a la licenciada Álvarez Santos que de incurrir en esta conducta en un futuro se expondrá a sanciones más severas.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. La Jueza Asociada señora Pabón Charneco no interviene. El Juez Asociado señor Estrella Martínez no intervino.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo